IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**SPENCER M. COX,**

    **Plaintiff,**

v.                                                             Civil Action No.: 2:18cv677

**WALDON BY THE CHESAPEAKE
CONDOMINIUM ASSOCIATION, INC.,**

    **Defendant.**

## AGREED ORDER

CAME THIS DAY Plaintiff, Spencer M. Cox and Defendant Waldon by the Chesapeake Condominium Association, Inc., by counsel, for modification of certain pretrial deadlines established by the Court's Rule 16(b) Scheduling Order (ECF No. 10), and the Court having been advised of the agreement of the parties and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

1. On February 13, 2019, the Court entered a Rule 16(b) Scheduling Order ("Order"). The Order set the Trial for September, 4, 2019 and the Final Pretrial Conference for August 16, 2019 (Order ¶ 7.) As such, no later than August 9, 2019, the Parties would be required to meet and confer (Order ¶ 6) and then on or before August 14, 2019 exchange a draft Final Pretrial Order to present to the Court at the Final Pretrial Conference (Order ¶ 7).

2. On February 20, 2019, following an Order of Referral, the Court issued a docket entry rescheduling the Trial to August 14, 2019.

3. On February 21, 2019, the Court issued a docket order rescheduling the Final Pretrial Conference to August 2, 2019.

4. Certain Rule 16(b) Scheduling Order deadlines conflict with the rescheduled Trial and Final Pretrial Conference dates that require modification by the Court as follows:

a. Except as to experts, discovery shall be completed by Plaintiff on or before **June 26, 2019** and by Defendant on or before **July 24, 2019**;

b. Discovery of experts and *de bene esse* depositions shall be completed by **July 24, 2019**;

c. Pretrial disclosures required by Rule 26(a)(3) shall be delivered to all counsel on or before **July 25, 2019**;

d. Any objections to Rule 26(a)(3) pretrial disclosures shall be delivered on or before **July 30, 2019**;

e. An attorneys' conference is scheduled at a time and place agreed to by counsel on **July 31, 2019**;

f. Counsel for Plaintiff shall distribute a draft of the Final Pretrial Order on or before **August 1, 2019**;

g. Proposed voir dire and two set of jury instructions shall be electronically filed and delivered to the Clerk on or before **August 7, 2019**.

**SO ORDERED**, this 30th day of May, 2019.

ENTERED: 5/30/19

LAWRENCE R. LEONARD
UNITED STATES MAGISTRATE COURT

**WE ASK FOR THIS:**

| **SPENCER M. COX** | **WALDON BY THE CHESAPEAKE CONDOMINIUM ASSOCIATION, INC.** |
|---|---|
| */s/ Alexandra M. Gabriel*<br>Alexandra M. Gabriel<br>VSB No. 89185<br>WILLIAMS MULLEN, P.C.<br>222 Central Park Avenue, Suite 1700<br>Virginia Beach, VA 23462<br>Telephone: (757) 499-8800<br>Facsimile: (757) 473-0395<br>agabriel@williamsmullen.com | */s/ Dannel C. Duddy*<br>Dannel C. Duddy<br>VSB No. 72906<br>Harman, Claytor, Corrigan & Wellman<br>P.O. Box 70280<br>Richmond, VA 23255<br>Telephone: (804) 747-5200<br>Facsimile: (804) 747-6085<br>dduddy@hccw.com |